JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, *v.* MAX AARON et al., Defendants; JAMES K. RICE, JR., et al., Copartners under the Firm Name of J. K. RICE, JR., & Co., Appellants, and WILLIAM A. GREER et al., Copartners under the Firm Name of GREER, CRANE & WEBB, Respondents.

(Submitted June 4, 1934; decided June 8, 1934.)

Motion to amend remittitur denied. (See 264 N. Y. 368.)

CHARLES GASS, Appellant, *v.* LOUIS S. WETMORE et al., Copartners under the Firm Name of L. S. WETMORE Co., et al., Defendants, and BENJAMIN R. KITTREDGE, Respondent.

(Submitted June 6, 1934; decided June 8, 1934.)

Motion for reargument denied and motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding the following: " Upon the appeal herein the defendants contended that the contract sued on was illegal under the provisions of the National Prohibition Act and such contention was sustained by the court." (See 264 N. Y. 663.)